IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| OMARI AKILE SMITH,<br><br>  Plaintiff,<br><br>v.<br><br>STANLEY WILLIAMS; JOHN HARRIS; and JESSICA HARDEN,<br><br>  Defendants. | CIVIL ACTION NO.: 6:17-cv-16 |

### ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 11), to which Plaintiff failed to file Objections.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 25th day of July, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff filed a "Motion/Notice of Appeal". (Doc. 12.) To the extent this pleading can be construed as Plaintiff's Objections to the Magistrate Judge's Report and Recommendation, the Court **OVERRULES** Plaintiff's Objections.